UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PRIMITIVO ROBLES, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

               -v-

HG PUTNAM INC. D/B/A HUDSON VALLEY HEMP,

                             Defendant.
------------------------------------------------------------------------X

24-CV-7548 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: October 8, 2024
       New York, New York

                                                _____
                                                    JESSE M. FURMAN
                                             United States District Judge