UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PRIMITIVO ROBLES, *on behalf of himself and all* :
*others similarly situated*, :
:
:
Plaintiff, : 24-CV-7548 (JMF)
:
-v- : ORDER
:
HG PUTNAM INC., :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **October 24, 2024**, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 7. To date, Defendant has failed to appear in this action. No later than **December 6, 2024**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: November 25, 2024
      New York, New York

_____
JESSE M. FURMAN
United States District Judge