# EXHIBIT 2

# My Account - Credit Card Receipt

**Your payment information was successfully submitted!**

Job # (10674442) has been charged to your account and released into production.

The total charge to your account was $7.96

Please print this page for your records.
Thank you for your payment!

**RECEIPT**

LetterStream, Inc.
8551 East Anderson Dr
Suite 108
Scottsdale, AZ 85255-5451

480-473-3282

11/26/2024 10:52:21 MST
--- S A L E ---

| | |
|---|---:|
| Merchant ID | |
| Batch ID | |
| Tran ID | 7233579 |
| Acct # | * |
| Auth Code | |
| Ref # | |
| **Total:** | **$0.00** |

## Certified Mail Tracking

Enter your tracking #



**Thomas Chung**

| | |
|---|---|
| **From:** | LetterStream.com <support@letterstream.com> |
| **Sent:** | Tuesday, November 26, 2024 12:54 PM |
| **To:** | Thomas Chung |
| **Subject:** | Order Confirmation - My Mailing 11262024 |



# ORDER CONFIRMATION - MY MAILING 11262024

Thank you for using LetterStream! This mailing has entered our production queue, we'll begin to work on it shortly.

**Job Name:** My Mailing 11262024

**Job ID:** 10674442

**Mailing Method:** First-Class

**Recipients:** 1

What's Next?

Your important documents are in the hands of our printing and mailing experts, so all you need to do is sit back and relax!

This mailing has been locked and can no longer be modified, so if you believe this mailing needs to be cancelled you might still be able to stop it from being mailed. Click here to learn more about cancelling approved jobs. Fees may apply.

You can check the status of your job anytime within your LetterStream account. Click here to learn more about job statuses.

We will send you another email once we've completed our side of the process and have handed your mail over for delivery.