UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SAMUEL LAW FIRM
Michael Samuel (MS 7997)
1441 Broadway, Suite 6085
New York 10018
(212) 563-9884
michael@thesamuellawfirm.com
Attorneys for Defendant

| | |
|---|---|
| PRIMITIVO ROBLES, on behalf of himself and all others similarly situated, <br><br> *Plaintiff,* <br> - *vs.* - <br><br> HG PUTNAM INC d/b/a HUDSON VALLEY HEMP, <br><br> *Defendant.* | DOCKET NO. 1:24-cv-07548 (JMF) (OTW) <br><br> NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for defendant HG PUTNAM INC. I certify that I am admitted to practice in this court.

Dated:  December 6, 2024

                                          */s/ Michael Samuel*
                                    Michael Samuel (MS 7997)
                                    The Samuel Law Firm
                                    1441 Broadway, Suite 6085
                                    New York, NY 10018
                                    (212) 563-9884
                                    (212) 563-9870 (Fax)
                                    michael@thesamuellawfirm.com

                                    Attorneys for Defendant