**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

December 9, 2024

**VIA ECF**
Hon. Jesse M. Furman
United States District Court Judge
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Room 1105
New York, N.Y. 10007
(212) 805-0282

  Re:  ***Robles v. HG Putnam, LLC***
      *Case No. 1:24-cv-07548 (JMF)*
      <u>*Request to Establish Briefing Schedule*</u>

Dear Judge Furman:

  We represent Plaintiff Primitivo Robles ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant HG Putnam, Inc. ("Defendant"), which was filed on October 4, 2024. We respectfully request that this Court issue a briefing schedule setting forth appropriate dates for each party's responsive pleadings in relation to Defendant's Motion to Dismiss and supporting documents filed on December 6, 2024. This request is made pursuant to Rule 12 of the Federal Rules of Civil Procedure and Local Rule 6(b)(1)(B) of the Civil Procedure for the Southern and Eastern District of New York, effective July 1, 2024.

  By way of background, the instant matter was filed on October 4, 2024 (Dkt. 1). The Summons was issued on October 7, 2024 (ECF Dkt. No. 4) and was executed and filed on October 28, 2024 (Dkts. No's 4, 7). On December 6, 2024, Defendant's counsel, Michael Samuel, Esq., of The Samuel Law Firm, filed a Notice of Appearance (Dkt. No. 10) and the relevant Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), accompanied by a Memorandum of Law in Support with various Exhibits (Dkts. No.'s 12-13).

A review of the relevant Motion to Dismiss and Memorandum of Law reveals that Defendant's arguments are completely meritless. However, our ability to respond has been significantly impacted by recent unforeseen staffing issues, including the loss of our lead counsel for the ADA Division, Nathaniel Peckham, Esq., and our ADA paralegal, Adaciris Montesino. Their simultaneous departure has created a substantial disruption within our office, as both individuals held critical roles in managing and advancing this case.

The absence of Mr. Peckham and Ms. Montesino has necessitated a complete reorganization of our files and tasks, resulting in unavoidable delays. Despite these challenges, we are committed to ensuring that this case proceeds efficiently and effectively.

Given these circumstances, we respectfully request that this Honorable Court grant a briefing schedule to provide sufficient time for both parties to prepare and submit their responsive pleadings. This will enable us to address the Defendant's Motion to Dismiss comprehensively and ensure that all arguments are thoroughly considered.

We apologize for any inconvenience this request may cause and appreciate the Court's understanding and consideration in this matter.

Sincerely,

_____
Jon L. Norinsberg, Esq.
*Senior Partner*
*Attorney for Plaintiff*
*110 East 59th Street, Suite 2300*
*New York, New York 10022*
*Tel. No.: (212) 227-5700*
*Fax No.: (212) 406-6890*
jon@norinsberglaw.com

c.c.

THE SAMUEL LAW FIRM
Michael Samuel (MS-7997)
1441 Broadway, Suite 6085
 New York, NY 10018
Tel: (212) 563-9884
michael@thesamuellawfirm.com
*Attorneys for Defendant*