**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

PRIMITIVO ROBLES,                                     :
                                                      :
                        Plaintiff,                    :          24-CV-7548 (JAV) (OTW)
                                                      :
                        -against-                     :          <u>**SCHEDULING ORDER**</u>
                                                      :
HG PUTNAM INC.,                                       :
                                                      :
                        Defendant.                    :
                                                      :
                                                      :
                                                      :
--------------------------------------------------------------x


       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court will hold a **Preliminary Settlement Conference Call on Wednesday, April 23,**

**2025 at 2:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.


       **SO ORDERED.**


                                        *s/ Ona T. Wang*

Dated: March 7, 2025                                  **Ona T. Wang**
       New York, New York                           United States Magistrate Judge