Joseph & Norinsberg LLC

Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

July 29, 2025

**VIA ECF**
Hon. Ona T. Wang, U.S. Magistrate
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **Primitivo Robles v. HG Putnam, Inc.**
   1:24-cv-07548-JAV--OTW

Dear Judge Wang:

We represent Plaintiff, Primitivo Robles in the above-captioned matter. Plaintiff respectfully advises the Court that we are voluntarily dismissing this matter, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Defense counsel has been notified concurrently of our decision and present filing. We also wish to extend our sincere apologies to the Court for any unintended inconvenience caused by the timing or nature of this submission.

We thank the Court for its attention.

Sincerely,

Jon L. Norinsberg, Esq.