Joseph & Norinsberg LLC
Fighting for Employee Justice

Queens Office
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

Manhattan Office
110 East 59th Street, Suite 2300
New York, New York 10022

Newark Office
One Gateway Center, Suite 2600
Newark, New Jersey 07102

Philadelphia Office
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

Boston Office
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

Orlando Office
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

July 30, 2025

**VIA ECF**
Hon. Ona T. Wang, U.S. Magistrate
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: **Primitivo Robles v. HG Putnam, Inc.**
        1:24-cv-07548-JAV--OTW

Dear Judge Wang:

  I write to respectfully advise the Court of a recent administrative oversight concerning the above-referenced matter.

  Due to staffing transitions within our office — including a physical relocation of our main office approximately 20 blocks south — we mistakenly presumed that this case had been voluntarily dismissed several months ago. At that time, a former attorney, who was soon to begin maternity leave, had been tasked with closing several Title III matters, including this one. Regrettably, it now appears that the necessary filings were not completed, and the case remained open on the docket.

  We only became aware of this oversight upon receipt of notice earlier today regarding the Initial Case Conference scheduled for tomorrow. I sincerely apologize for the delay in notifying the Court and for any inconvenience this may have caused. The firm regrets this miscommunication and remains committed to taking prompt corrective action, including the voluntary dismissal of this matter.

               Sincerely,

               Jon L. Norinsberg, Esq.